**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____ Chapter ___11___

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Hollie Ray Boutique LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 81-1392918 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1800 Galleria Blvd, Suite 2070<br>Franklin, TN 37067 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Williamson | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| | Debtor _____ | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Hollie Ray Boutique LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___March 1, 2024___
MM / DD / YYYY

**X** /s/ Erica Reynolds
Signature of authorized representative of debtor

Erica Reynolds
Printed name

Title _____

**18. Signature of attorney**

**X** /s/ Keith D. Slocum
Signature of attorney for debtor

Date ___March 1, 2024___
MM / DD / YYYY

Keith D. Slocum
Printed name

Slocum Law
Firm name

370 Mallory Station Road Suite 504
Franklin, TN 37067
Number, Street, City, State & ZIP Code

Contact phone ___(615) 656-3344___   Email address ___keith@keithslocum.com___

BPR No. 023024 TN
Bar number and State

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 4

Fill in this information to identify the case:

Debtor name    Hollie Ray Boutique LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 1, 2024          **X** /s/   Erica Reynolds
                                         Signature of individual signing on behalf of debtor

                                          Erica Reynolds
                                          Printed name

                                          _____
                                          Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name    Hollie Ray Boutique LLC

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Amex Attn: Bankruptcy P O Box 981540 El Paso, TX 79998 | | | | | | $20,743.00 |
| Capital One PO Box 31293 Salt Lake City, UT 84131-0293 | | | | | | $42,902.00 |
| CBL & Associates Management, Inc. CBL Center, Suite 500 2030 Hamilton Place Boulevard Chattanooga, TN 37421-6000 | | Chattanooga | | | | $18,187.00 |
| Chase Freedom P O Box 15369 Greenville, NY 12083 | | | | | | $170,399.00 |
| Esmaee 289 Young Street Water loo, NSW 217 Australia | | | | | | $37,828.00 |
| Fox Capital Group 803 S 21 Street Hollywood, FL 33020 | | | | | | $10,888.00 |
| G and G Funding Group, LLC 57 West 57th Street, 4th Floor New York, NY 10019 | | | | | | $122,107.00 |
| Gentle Fawn Clothing 8721 Santa Monica Blvd Suite 322 West Hollywood, CA 90069 | | | | | | $31,003.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| James and Debora Bohlen 429 Beauchamp Circle Franklin, TN 37064 | | | | | | $137,200.00 |
| Lendini/Funding Metrics 3220 Tillman Drive, Suite 200 Bensalem, PA 19020 | | | | | | $19,834.00 |
| LG Funding LLLC 1218 Union Street Brooklyn, NY 11225 | | | | | | $14,116.00 |
| PNC Bank P O Box 747066 Pittsburgh, PA 15274-7066 | | | | | | $51,424.00 |
| Reliance Financial 633 167th Street, Suite 804 Miami, FL 33162 | | | | | | $10,547.00 |
| Shopify Credit/Celtic Bank 151 O'Connor Street Ground Floor Ottawa, On K2P 2L8 Canada | | | | | | $99,510.00 |
| Splendid 1601 Sycamore Road Montoursville, PA 17754 | | | | | | $17,250.00 |
| Tennessee Department of Revenue 500 Deaderick Street Nashville, TN 37242 | | | | | | $114,920.00 |
| Tennessee Dept of Labor and Workforce UI Recovery Unit P O Box 24150 Nashville, TN 37202-4150 | | | | | | $184,871.00 |
| U. S. Small Business Admin - BK 51 SW 1st Avenue Suite 201 Miami, FL 33130 | | | | | | $345,000.00 |
| Vox Funding 100 Park Ave New York, NY 10017 | | | | | | $22,314.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| WebBank/Merchant Loan 215 S State St Ste 1000 Salt Lake City, UT 84111 | | | | | | $233,173.00 |

| Fill in this information to identify the case: |

Debtor name    Hollie Ray Boutique LLC

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

### Part 1:   Summary of Assets

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................................   $      0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................................   $      187,438.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...................................................................................................   $      187,438.00

### Part 2:   Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................   $      0.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................   $      299,791.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................   +$      1,451,398.00

4. **Total liabilities** ....................................................................................................................
    Lines 2 + 3a + 3b      $      1,751,189.00

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 3:24-bk-00707    Doc 1    Filed 03/01/24    Entered 03/01/24 16:57:28    Desc Main
Document     Page 9 of 48

Debtor name      Hollie Ray Boutique LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an
   amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   PNC Bank | Checking | | $1,000.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| $1,000.00 |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☒ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

|  |  |
|---|---|
| CBL & Associates Management, Inc | |
| 7.1.   Cool Springs | $5,000.00 |
| 7.2.   Olivermmcmillian Spectrum Emery | $9,753.00 |
| 7.3.   Su Yen Dunn Revocable Living Trust | $5,000.00 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                    | $19,753.00 |

      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☒ No.   Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** See attached | | $0.00 | | $99,000.00 |

23.   **Total of Part 5.**                                                    | $99,000.00 |

      Add lines 19 through 22.   Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
      ☒ No
      ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ☒ No
      ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** See attached | $0.00 | Liquidation | $48,075.00 |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** See attached | $0.00 | Liquidation | $13,610.00 |
| **42. Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42.   Copy the total to line 86.

| | $61,685.00 |
|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  2015 Ford CXL | $0.00 | N/A | $6,000.00 |
| **48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

**51. Total of Part 8.**
Add lines 47 through 50.   Copy the total to line 87.

| | $6,000.00 |
|---|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

☒ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☒ No
     ☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.  Internet domain names and websites** | | | |
| Hollieray.com | $0.00 | | $0.00 |
| **62.  Licenses, franchises, and royalties** | | | |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| **64.  Other intangibles, or intellectual property** | | | |
| **65.  Goodwill** | | | |

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| $0.00 |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
     ☒ No
     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ☒ No
     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ☒ No
     ☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case 3:24-bk-00707   Doc 1   Filed 03/01/24   Entered 03/01/24 16:57:28   Desc Main
                     Document      Page 13 of 48

Debtor   Hollie Ray Boutique LLC                                    Case number *(If known)* _____
         _____
         Name

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $19,753.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $99,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $61,685.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $6,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $187,438.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $187,438.00 |

Case 3:24-bk-00707   Doc 1   Filed 03/01/24   Entered 03/01/24 16:57:28   Desc Main
                        Document        Page 14 of 48

| Category | Office | Fifth + Broad | Coolsprings | Tanger | Totals |
|---|---|---|---|---|---|
| Furniture | $12,350.00 | $14,975.00 | $11,225.00 | $9,525.00 | $48,075.00 |
| Computers & Equipment | $9,550.00 | $1,560.00 | $1,400.00 | $1,100.00 | $13,610.00 |
| Vehicles | $6,000.00 | | | | $6,000.00 |
| Inventory | $3,000.00 | $64,000.00 | $32,000.00 | | $99,000.00 |
| | $30,900.00 | $80,535.00 | $44,625.00 | $10,625.00 | **$166,685.00** |

Total Company Assets

| Furniture | | Computers & Equipment | | Vehicles | | Total |
|---|---|---|---|---|---|---|
| L Desks | 1000 | Computers | 6600 | Commercial Van | 6000 | |
| Filing Cabinets | 500 | Printers | 300 | | | |
| Small Desks | 300 | Echos/Google Home | 150 | | | |
| Conference Table | 500 | iphones | 600 | | | |
| Desk Chairs | 500 | Cameras | 100 | | | |
| Couches | 800 | Label Printers | 300 | | | |
| Mirrors | 100 | Washer | 200 | | | |
| Storage Shelving | 1000 | Kitchen Appliances | 100 | | | |
| Rugs | 200 | Televisions | 150 | | | |
| Decor | 500 | Laptops | 400 | | | |
| Pink Shelf | 100 | ipads | 300 | | | |
| Bins | 200 | POS | 100 | | | |
| Mannequins | 375 | Scanners | 100 | | | |
| Store Supplies | 100 | Receipt Printers | 150 | | | |
| Pegboard | 50 | | | | | |
| Ladders | 225 | | | | | |
| Step Ladders | 100 | | | | | |
| Chairs | 800 | | | | | |
| Store Signage | 1800 | | | | | |
| Butcherblock Desk | 300 | | | | | |
| Tables | 300 | | | | | |
| Organizers | 100 | | | | | |
| Safe/lockboxes | 50 | | | | | |
| Display Furniture | 200 | | | | | |
| Pipe System | 2250 | | | | | |
| | 12350 | | 9550 | | 6000 | 27900 |

Total Company Assets

| Furniture (Group 1) | | Computers & Equipment (Group 2) | | Vehicles (none) | Total |
|---|---|---|---|---|---|
| Tables | 600 | Computers | 100 | | |
| Checkout Counter | 5000 | Printers | 50 | | |
| Racks | 600 | Echos/Google Home | 50 | | |
| Decor | 150 | iphones | 400 | | |
| Backroom Furniture | 500 | ipads | 200 | | |
| Pipe System | 2500 | POS | 200 | | |
| Pegboards | 25 | Scanners | 200 | | |
| Chairs | 600 | Receipt Printers | 150 | | |
| Rugs | 100 | Cameras | 160 | | |
| Misc | 200 | Safe | 50 | | |
| Mannequins | 700 | | | | |
| Bust | 200 | | | | |
| Fitting Room Furniture | 200 | | | | |
| Mirrors | 600 | | | | |
| Merch Tools | 200 | | | | |
| Store Signage | 1800 | | | | |
| Store Supplies | 100 | | | | |
| Hangers | 900 | | | | |
| | 14975 | | 1560 | 0 | 16535 |

# Total Company Assets

| Furniture | | Computers & Equipment | | Vehicles (none) | Total |
|---|---|---|---|---|---|
| Tables | 700 | Computers | 100 | | |
| Checkout Counter | 2000 | Printers | 50 | | |
| Racks | 750 | Echos/Google Home | 40 | | |
| Decor | 200 | iphones | 200 | | |
| Backroom Furniture | 250 | ipads | 200 | | |
| Pipe System | 2250 | POS | 200 | | |
| Pegboards | 50 | Scanners | 200 | | |
| Chairs | 400 | Receipt Printers | 150 | | |
| Rugs | 100 | Cameras | 160 | | |
| Mannequins | 400 | Safe | 50 | | |
| Bust | 200 | Label Printers | 50 | | |
| Fitting Room Furniture | 700 | | | | |
| Mirrors | 200 | | | | |
| Merch Tools | 200 | | | | |
| Display Furniture | 225 | | | | |
| Hangers | 700 | | | | |
| Store Supplies | 100 | | | | |
| Store Signage | 1800 | | | | |
| | 11225 | | 1400 | 0 | 12625 |

| Furniture | | Computers & Equipment | | Vehicles (none) | Total |
|---|---|---|---|---|---|
| Tables | 600 | Computers | 100 | | |
| Checkout Counter | 2000 | Printers | 50 | | |
| Racks | 50 | Echos/Google Home | 40 | | |
| Decor | 100 | iphones | 200 | | |
| Backroom Furniture | 100 | ipads | 100 | | |
| Pipe System | 2250 | POS | 100 | | |
| Pegboards | 50 | Scanners | 100 | | |
| Chairs | 800 | Receipt Printers | 150 | | |
| Rugs | 200 | Cameras | 160 | | |
| Mannequins | 400 | Safe | 50 | | |
| Bust | 0 | Label Printers | 50 | | |
| Fitting Room Furniture | 0 | | | | |
| Mirrors | 300 | | | | |
| Merch Tools | 100 | | | | |
| Display Furniture | 225 | | | | |
| Hangers | 500 | | | | |
| Store Supplies | 100 | | | | |
| Store Signage | 1800 | | | | |
| | 9525 | | 1100 | 0 | 10625 |

Fill in this information to identify the case:

Debtor name    Hollie Ray Boutique LLC

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

    ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

Fill in this information to identify the case:

Debtor name___Hollie Ray Boutique LLC

United States Bankruptcy Court for the:___MIDDLE DISTRICT OF TENNESSEE

Case number (if known)___

☐ Check if this is an
amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:      List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | Attorney General - Bankruptcy Unit | *Check all that apply.* | | |
| | Cordell Hull Bldg. 2nd Floor | ☐ Contingent | | |
| | 425 5 Avenue N | ☐ Unliquidated | | |
| | Nashville, TN 37243 | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: Notice only | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No ☐ Yes | | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | Internal Revenue Service/BK | *Check all that apply.* | | |
| | P O Box 7346 | ☐ Contingent | | |
| | Philadelphia, PA 19101-7346 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: Notice only | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No ☐ Yes | | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $114,920.00 | $107,256.00 |
| | Tennessee Department of Revenue | *Check all that apply.* | | |
| | 500 Deaderick Street | ☐ Contingent | | |
| | Nashville, TN 37242 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No ☐ Yes | | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Case 3:24-bk-00707    Doc 1    Filed 03/01/24    Entered 03/01/24 16:57:28    Desc Main
Document      Page 21 of 48

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $184,871.00 | $184,871.00 |
|-----|--|--|--|--|
| | Tennessee Dept of Labor and Workforce<br>UI Recovery Unit<br>P O Box 24150<br>Nashville, TN 37202-4150 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 | $0.00 |
|-----|--|--|--|--|
| | US Attorney for IRS<br>719 Church Street, Suite 3300<br>Nashville, TN 37203 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Notice only | | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|--|--|--|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,080.00 |
|-----|--|--|--|
| | AGM<br>2500 Perimeter Place Drive<br>Nashville, TN 37214 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,099.00 |
|-----|--|--|--|
| | Amazon<br>P O Box 81226<br>Seattle, WA 98108-1226 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,743.00 |
|-----|--|--|--|
| | Amex<br>Attn: Bankruptcy<br>P O Box 981540<br>El Paso, TX 79998 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  ccts | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,902.00 |
|-----|--|--|--|
| | Capital One<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  ccts | Is the claim subject to offset?  ☒ No  ☐ Yes | |

Case 3:24-bk-00707   Doc 1   Filed 03/01/24   Entered 03/01/24 16:57:28   Desc Main
Document      Page 22 of 48

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $18,187.00 |
|---|---|---|---|
| | CBL & Associates Management, Inc.<br>CBL Center, Suite 500<br>2030 Hamilton Place Boulevard<br>Chattanooga, TN 37421-6000 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Chattanooga | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $170,399.00 |
|---|---|---|---|
| | Chase Freedom<br>P O Box 15369<br>Greenville, NY 12083 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** ccts | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,983.00 |
|---|---|---|---|
| | CitiBank<br>Attn: Bankruptcy<br>P O Box 790034<br>Saint Louis, MO 63179 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** ccts | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $463.00 |
|---|---|---|---|
| | City Wide Facility Solutions of Nashvill<br>2211 Crestmoor Rd Ste 201<br>Nashville, TN 37215-2020 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $9,955.00 |
|---|---|---|---|
| | Concerto Card Company<br>P O Box 200057<br>Dallas, TX 75320-0057 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** PayPal | |
| | **Last 4 digits of account number** 2674 | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $37,828.00 |
|---|---|---|---|
| | Esmaee<br>289 Young Street<br>Water loo, NSW 217 Australia | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $9,512.00 |
|---|---|---|---|
| | Faire Wholesale<br>100 Potrero Ave<br>San Francisco, CA 94103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,275.00 |
|---|---|---|---|
| | First Bank<br>P O Box 388<br>Tullahoma, TN 37388 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** ccts | Is the claim subject to offset? ☒ No ☐ Yes | |

Case 3:24-bk-00707   Doc 1   Filed 03/01/24   Entered 03/01/24 16:57:28   Desc Main
Document     Page 23 of 48

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10,888.00 |
|---|---|---|---|

Fox Capital Group
803 S 21 Street
Hollywood, FL 33020

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 10/2023

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $122,107.00 |
|---|---|---|---|

G and G Funding Group, LLC
57 West 57th Street, 4th Floor
New York, NY 10019

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/2023

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $31,003.00 |
|---|---|---|---|

Gentle Fawn Clothing
8721 Santa Monica Blvd
Suite 322
West Hollywood, CA 90069

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,482.00 |
|---|---|---|---|

Granite
100 Newport Ave Ext
Quincy, MA 02171

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $137,200.00 |
|---|---|---|---|

James and Debora Bohlen
429 Beauchamp Circle
Franklin, TN 37064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $19,834.00 |
|---|---|---|---|

Lendini/Funding Metrics
3220 Tillman Drive, Suite 200
Bensalem, PA 19020

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 6/2023

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $14,116.00 |
|---|---|---|---|

LG Funding LLLC
1218 Union Street
Brooklyn, NY 11225

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 6/2023

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,124.00 |
|---|---|---|---|

PayPal Credit/Syncb
P O Box 71707
Philadelphia, PA 19176-1707

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Case 3:24-bk-00707   Doc 1   Filed 03/01/24   Entered 03/01/24 16:57:28   Desc Main
                             Document      Page 24 of 48

| Debtor | Hollie Ray Boutique LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,424.00 |
|---|---|---|---|

PNC Bank
P O Box 747066
Pittsburgh, PA 15274-7066

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,547.00 |
|---|---|---|---|

Reliance Financial
633 167th Street, Suite 804
Miami, FL 33162

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _11/2023_

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99,510.00 |
|---|---|---|---|

Shopify Credit/Celtic Bank
151 O'Connor Street
Ground Floor
Ottawa, On K2P 2L8 Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,250.00 |
|---|---|---|---|

Splendid
1601 Sycamore Road
Montoursville, PA 17754

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

Taubman
Green Hills Mall
P O Box 674523
Detroit, MI 48267-4523

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $345,000.00 |
|---|---|---|---|

U. S. Small Business Admin - BK
51 SW 1st Avenue
Suite 201
Miami, FL 33130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,314.00 |
|---|---|---|---|

Vox Funding
100 Park Ave
New York, NY 10017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _7/2023_

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $233,173.00 |
|---|---|---|---|

WebBank/Merchant Loan
215 S State St Ste 1000
Salt Lake City, UT 84111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Celtic Bank<br>268 S State Street<br>Salt Lake City, UT 84111 | Line  3.23<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Isaac H. Greenfield, Esq<br>2 Executive Blvd., Ste 305<br>Suffern, NY 10901 | Line  3.14<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Ontario County Clerk<br>20 Ontario Street<br>Canandaigua, NY 14424 | Line  3.14<br>☐ Not listed. Explain ____ | _ |
| 4.4 | TN Dept of Labor & Workforce<br>220 French Landing Drive<br>Nashville, TN 37243 | Line  2.4<br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 299,791.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,451,398.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 1,751,189.00 |

Debtor name    Hollie Ray Boutique LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Attorney - Olivermcmillan Spectrum Emery, LLC | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Arnall Golden Gregory<br>171 17th Street NW, Suite 2100<br>Atlanta, GA 30363-1303 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Commercial space - Cool Springs | |
| | State the term remaining | 17 months | CBL & Associates Management, Inc.<br>CBL Center, Suite 500<br>2030 Hamilton Place Boulevard<br>Chattanooga, TN 37421-6000 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Commercial space | |
| | State the term remaining | 36 Months | Olivermcmillan Spectrum Emery, LLC<br>P O Box 936781<br>Atlanta, GA 31193-6781 |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Commerical space/Office | |
| | State the term remaining | | Su Yen Dunn Revocable Living Trust<br>200 Mallory Lane, Suite 130-349<br>Franklin, TN 37067 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 3:24-bk-00707    Doc 1    Filed 03/01/24    Entered 03/01/24 16:57:28    Desc Main
Document      Page 27 of 48

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Commercial space - terminated March 1, 2024 - $24,840.00 | |
|---|---|---|---|
| | State the term remaining | | Tanger Nashville, LLC c/o Tanger Management, LLC 3200 Northline Ave., Suite 360 Greensboro, NC 27408 |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    Hollie Ray Boutique LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.6 | Erica Reynolds | 94 Somerton Park<br>Franklin, TN 37069<br>Owner | Amex | ☐ D _____<br>☒ E/F ___3.3___<br>☐ G _____ |
| 2.7 | Erica Reynolds | 94 Somerton Park<br>Franklin, TN 37069<br>Owner | Fox Capital Group | ☐ D _____<br>☒ E/F ___3.13___<br>☐ G _____ |
| 2.8 | Erica Reynolds | 94 Somerton Park<br>Franklin, TN 37069<br>Owner | Lendini/Funding Metrics | ☐ D _____<br>☒ E/F ___3.18___<br>☐ G _____ |
| 2.9 | Erica Reynolds | 94 Somerton Park<br>Franklin, TN 37069<br>Owner | G and G Funding Group, LLC | ☐ D _____<br>☒ E/F ___3.14___<br>☐ G _____ |
| 2.10 | Erica Reynolds | 94 Somerton Park<br>Franklin, TN 37069<br>Owner | LG Funding LLLC | ☐ D _____<br>☒ E/F ___3.19___<br>☐ G _____ |
| 2.11 | Erica Reynolds | 94 Somerton Park<br>Franklin, TN 37069<br>Owner | Concerto Card Company | ☐ D _____<br>☒ E/F ___3.9___<br>☐ G _____ |

Case 3:24-bk-00707    Doc 1    Filed 03/01/24    Entered 03/01/24 16:57:28    Desc Main
Document      Page 29 of 48

| Debtor | Hollie Ray Boutique LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.12 | Erica Reynolds | 94 Somerton Park<br>Franklin, TN 37069<br>Owner | PayPal Credit/Syncb | ☐ D _____<br>☒ E/F ___3.20___<br>☐ G _____ |
| 2.13 | Erica Reynolds | 94 Somerton Park<br>Franklin, TN 37069<br>Owner | Reliance Financial | ☐ D _____<br>☒ E/F ___3.22___<br>☐ G _____ |
| 2.14 | Erica Reynolds | 94 Somerton Park<br>Franklin, TN 37069<br>Owner | Vox Funding | ☐ D _____<br>☒ E/F ___3.27___<br>☐ G _____ |
| 2.15 | Noelle Holland | 130 Seaboard Lane, Ste A7<br>Franklin, TN 37067<br>Owner | Lendini/Funding<br>Metrics | ☐ D _____<br>☒ E/F ___3.18___<br>☐ G _____ |
| 2.16 | Noelle Holland | 130 Seaboard Lane, Ste A7<br>Franklin, TN 37067<br>Owner | Amex | ☐ D _____<br>☒ E/F ___3.3___<br>☐ G _____ |
| 2.17 | Noelle Holland | 130 Seaboard Lane, Ste A7<br>Franklin, TN 37067<br>Owner | Fox Capital Group | ☐ D _____<br>☒ E/F ___3.13___<br>☐ G _____ |
| 2.18 | Noelle Holland | 130 Seaboard Lane, Ste A7<br>Franklin, TN 37067<br>Owner | G and G Funding<br>Group, LLC | ☐ D _____<br>☒ E/F ___3.14___<br>☐ G _____ |
| 2.19 | Noelle Holland | 130 Seaboard Lane, Ste A7<br>Franklin, TN 37067<br>Owner | Concerto Card<br>Company | ☐ D _____<br>☒ E/F ___3.9___<br>☐ G _____ |
| 2.20 | Noelle Holland | 130 Seaboard Lane, Ste A7<br>Franklin, TN 37067<br>Owner | Reliance Financial | ☐ D _____<br>☒ E/F ___3.22___<br>☐ G _____ |
| 2.21 | Noelle Holland | 130 Seaboard Lane, Ste A7<br>Franklin, TN 37067<br>Owner | Vox Funding | ☐ D _____<br>☒ E/F ___3.27___<br>☐ G _____ |

Case 3:24-bk-00707    Doc 1    Filed 03/01/24    Entered 03/01/24 16:57:28    Desc Main
Document            Page 30 of 48

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.    Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.22 | Erica and Bryson Reynolds | 94 Somerton Park<br>Franklin, TN 37069 | Su Yen Dunn Revocable Living Trust | ☐ D \_\_\_\_\_<br>☐ E/F \_\_\_\_\_<br>☒ G   2.4 |
| 2.23 | Erica and Bryson Reynolds | 94 Somerton Park<br>Franklin, TN 37069 | CBL & Associates Management, Inc. | ☐ D \_\_\_\_\_<br>☐ E/F \_\_\_\_\_<br>☒ G   2.2 |
| 2.24 | Noelle and Thomas Holland | 130 Seaboard Lane, Ste A7<br>Franklin, TN 37067 | Su Yen Dunn Revocable Living Trust | ☐ D \_\_\_\_\_<br>☐ E/F \_\_\_\_\_<br>☒ G   2.4 |
| 2.25 | Noelle and Thomas Holland | 130 Seaboard Lane, Ste A7<br>Franklin, TN 37067 | CBL & Associates Management, Inc. | ☐ D \_\_\_\_\_<br>☐ E/F \_\_\_\_\_<br>☒ G   2.2 |

**Fill in this information to identify the case:**

Debtor name ____Hollie Ray Boutique LLC_____

United States Bankruptcy Court for the: ____MIDDLE DISTRICT OF TENNESSEE_____

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From 01/01/2024 to Filing Date | ☒ Operating a business<br>☐ Other _____ | $149,550.00 |
| For prior year: From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other _____ | $2,250,773.00 |
| For year before that: From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br>☐ Other _____ | $2,761,855.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Shopify Credit/Celtic Bank<br>151 O'Connor Street<br>Ground Floor<br>Ottawa, On K2P 2L8 Canada | December, 2023, January and February, 2024 | $31,823.00 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | Swift Financial /Paypal/Loan Builder<br>3505 Silverside Road<br>Ste 201<br>Wilmington, DE 19810 | December, 2023, January and February, 2024 | $23,311.00 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | Shopify Credit/Celtic Bank/Web Bank<br>151 O'Connor Street<br>Ground Floor<br>Ottawa, On K2P 2L8 Canada | December, 2023, January and February, 2024 | $54,221.00 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | Vox Funding<br>100 Park Ave<br>New York, NY 10017 | December, 2023, January and February, 2023 | $34,124.00 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | Fox Capital Group<br>803 S 21 Street<br>Hollywood, FL 33020 | December, 2023, January and February, 2024 | $18,363.00 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. | Reliance Financial<br>633 167th Street, Suite 804<br>Miami, FL 33162 | December, 2023, January and February, 2024 | $16,876.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. | Lendini/Funding Metrics<br>3220 Tillman Drive, Suite 200<br>Bensalem, PA 19020 | December, 2023, January and February, 2024 | $22,667.00 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. | LG Funding LLLC<br>1218 Union Street<br>Brooklyn, NY 11225 | December, 2023, January and February, 2024 | $15,515.00 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. | G and G Funding Group, LLC<br>57 West 57th Street, 4th Floor<br>New York, NY 10019 | December, 2023, January and February, 2023 | $106,201.00 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Case 3:24-bk-00707  Doc 1  Filed 03/01/24  Entered 03/01/24 16:57:28  Desc Main
Document  Page 33 of 48

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.10. | Tennessee Dept of Labor and Workforce UI Recovery Unit P O Box 24150 Nashville, TN 37202-4150 | December, 2023, January and February, 2024 | $29,773.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other Payroll Taxes |
| 3.11. | Tennessee Department of Revenue 500 Deaderick Street Nashville, TN 37242 | December, 2023, January and February, 2024 | $18,665.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other Taxes |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. G and G Funding vs. Hollie Ray Boutique, LLC | Civil | Ontario County | ☒ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Slocum Law | Attorney fees | February, 2024 | $10,000.00 |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:**    **Previous Locations**

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Case 3:24-bk-00707   Doc 1   Filed 03/01/24   Entered 03/01/24 16:57:28   Desc Main
Document      Page 37 of 48

| Business name address | Describe the nature of the business | Employer Identification number |
|-----------------------|-------------------------------------|--------------------------------|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.1. The Blond Bandit, LLC | Clothing | **EIN:** |
| | | **From-To** October, 2023 to date (not doing business) |
| 25.2. Hollie Ray Holdings, LLC | | **EIN:** |
| | | **From-To** February, 2024 to date |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☒ None

| Name and address | Date of service From-To |
|------------------|-------------------------|
| | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|------------------------------------------------------------------|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|------------------|
| |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---------------------------------------------------------------|-------------------|------------------------------------------------------------------------------|
| | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Erica Reynolds | 94 Somerton Park Franklin, TN 37069 | CEO | 50 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Noelle | | COO | 50 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Case 3:24-bk-00707    Doc 1    Filed 03/01/24    Entered 03/01/24 16:57:28    Desc Main
Document     Page 38 of 48

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___March 1, 2024___

/s/   Erica Reynolds _____          Erica Reynolds _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Tennessee

In re    Hollie Ray Boutique LLC                        Case No.                     
                                   Debtor(s)                  Chapter     11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the   of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    March 1, 2024                             Signature   /s/ Erica Reynolds

                                                               Erica Reynolds

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Tennessee

In re    Hollie Ray Boutique LLC                        Case No. _____

                                            Debtor(s)         Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept ................................................. | $ | 10,000.00 |
| Prior to the filing of this statement I have received ..................................... | $ | 10,000.00 |
| Balance Due ................................................................................................ | $ | 0.00 |

2.   $ __0.00__ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ☒ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ☒ Debtor      ☐ Other (specify):

5.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     b.   [Other provisions as needed]
        All work included is to be provided prior to the petition filing date based on hourly rates as follows: (note: hourly rates are adjusted annually on January 1 of each year)

       Keith Slocum         $475.000/ hour
       Paralegals           $ 150.00/hour

       All payments will be applied to invoices for work done billed at applicable hourly rates.

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       All services provided post petition shall be by separate contract executed after the petition is filed. Money paid prior to the petition filing shall be applied first to work done pre petition with any unused amount to be applied to post petition work. If the client chooses to not hire the attorney for post petition work then any unused fees shall be refunded to the debtors on request. Specifically the pre petition contract does not include representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding. Additional meetings, document preparation or review, and court pleadings or hearings directly resulting from prior business ownership by one or more debtors (unless specifically added to the initial retainer). Negotiation and filing of vehicle redemption motions and hearings or order related to same. Depositions or Rule 2004 examinations in any Contested Matter, Adversary Proceeding, or any other matter. Representation in defense of a motion to dismiss under 11USC707(a) or (b) beyond the initial inquiry by the USTrustee. Representation or legal advice concerning matters in any Court other than Federal Bankruptcy Court. Costs of appraisals or expert testimony as to valuations, Costs related to expert witnesses, title examination, document retrieval, title document preparation or recordation. Costs of credit repair or Credit bureau report corrections or clarification. Actions taken in protection of co-makers on debt.

In re    Hollie Ray Boutique LLC                                    Case No. _____
                          Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| March 1, 2024 | /s/ Keith D. Slocum |
|---|---|
| *Date* | Keith D. Slocum |
| | *Signature of Attorney* |
| | Slocum Law |
| | 370 Mallory Station Road Suite 504 |
| | Franklin, TN 37067 |
| | (615) 656-3344   Fax: |
| | keith@keithslocum.com |
| | *Name of law firm* |

# United States Bankruptcy Court
## Middle District of Tennessee

In re    Hollie Ray Boutique LLC      Case No. _____

                              Debtor(s)      Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the   of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of

my knowledge.

Date:    March 1, 2024             /s/ Erica Reynolds

                                      Erica Reynolds /
                                      Signer/Title

1800 Galleria Blvd, Suite 2070
Franklin, TN 37067


Keith D. Slocum
370 Mallory Station Road Suite 504
Franklin, TN 37067


AGM
2500 Perimeter Place Drive
Nashville, TN 37214


Amazon
P O Box 81226
Seattle, WA 98108-1226


Amex
Attn: Bankruptcy
P O Box 981540
El Paso, TX 79998


Arnall Golden Gregory
171 17th Street NW, Suite 2100
Atlanta, GA 30363-1303


Attorney General - Bankruptcy Unit
Cordell Hull Bldg. 2nd Floor
425 5 Avenue N
Nashville, TN 37243


Capital One
PO Box 31293
Salt Lake City, UT 84131-0293


CBL & Associates Management, Inc.
CBL Center, Suite 500
2030 Hamilton Place Boulevard
Chattanooga, TN 37421-6000


CBL & Associates Management, Inc.
CBL Center, Suite 500
2030 Hamilton Place Boulevard
Chattanooga, TN 37421-6000


Celtic Bank
268 S State Street
Salt Lake City, UT 84111


Chase Freedom
P O Box 15369
Greenville, NY 12083


CitiBank
Attn: Bankruptcy
P O Box 790034
Saint Louis, MO 63179

City Wide Facility Solutions of Nashvill
2211 Crestmoor Rd Ste 201
Nashville, TN 37215-2020


Concerto Card Company
P O Box 200057
Dallas, TX 75320-0057


Erica and Bryson Reynolds
94 Somerton Park
Franklin, TN 37069


Erica and Bryson Reynolds
94 Somerton Park
Franklin, TN 37069


Erica Reynolds
94 Somerton Park
Franklin, TN 37069


Erica Reynolds
94 Somerton Park
Franklin, TN 37069


Esmaee
289 Young Street
Water loo, NSW 217 Australia


Faire Wholesale
100 Potrero Ave
San Francisco, CA 94103


First Bank
P O Box 388
Tullahoma, TN 37388


Fox Capital Group
803 S 21 Street
Hollywood, FL 33020


G and G Funding Group, LLC
57 West 57th Street, 4th Floor
New York, NY 10019


Gentle Fawn Clothing
8721 Santa Monica Blvd  Suite 322
West Hollywood, CA 90069


Granite
100 Newport Ave Ext
Quincy, MA 02171


Internal Revenue Service/BK
P O Box 7346
Philadelphia, PA 19101-7346

Isaac H. Greenfield, Esq
2 Executive Blvd., Ste 305
Suffern, NY 10901


James and Debora Bohlen
429 Beauchamp Circle
Franklin, TN 37064


Lendini/Funding Metrics
3220 Tillman Drive, Suite 200
Bensalem, PA 19020


LG Funding LLLC
1218 Union Street
Brooklyn, NY 11225


Noelle and Thomas Holland
130 Seaboard Lane, Ste A7
Franklin, TN 37067


Noelle and Thomas Holland
130 Seaboard Lane, Ste A7
Franklin, TN 37067


Noelle Holland
130 Seaboard Lane, Ste A7
Franklin, TN 37067


Noelle Holland
130 Seaboard Lane, Ste A7
Franklin, TN 37067


Olivermcmillan Spectrum Emery, LLC
P O Box 936781
Atlanta, GA 31193-6781


Ontario County Clerk
20 Ontario Street
Canandaigua, NY 14424


PayPal Credit/Syncb
P O Box 71707
Philadelphia, PA 19176-1707


PNC Bank
P O Box 747066
Pittsburgh, PA 15274-7066


Reliance Financial
633 167th Street, Suite 804
Miami, FL 33162


Shopify Credit/Celtic Bank
151 O'Connor Street
Ground Floor  Ottawa, On K2P 2L8 Canada

Splendid
1601 Sycamore Road
Montoursville, PA 17754


Su Yen Dunn Revocable Living Trust
200 Mallory Lane, Suite 130-349
Franklin, TN 37067


Tanger Nashville, LLC
c/o Tanger Management, LLC
3200 Northline Ave., Suite 360
Greensboro, NC 27408


Taubman
Green Hills Mall  P O Box 674523
Detroit, MI 48267-4523


Tennessee Department of Revenue
500 Deaderick Street
Nashville, TN 37242


Tennessee Dept of Labor and Workforce
UI Recovery Unit  P O Box 24150
Nashville, TN 37202-4150


TN Dept of Labor & Workforce
220 French Landing Drive
Nashville, TN 37243


U. S. Small Business Admin - BK
51 SW 1st Avenue  Suite 201
Miami, FL 33130


US Attorney for IRS
719 Church Street, Suite 3300
Nashville, TN 37203


Vox Funding
100 Park Ave
New York, NY 10017


WebBank/Merchant Loan
215 S State St Ste 1000
Salt Lake City, UT 84111

# United States Bankruptcy Court
## Middle District of Tennessee

In re   Hollie Ray Boutique LLC          Case No. _____

                                 Debtor(s)          Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Hollie Ray Boutique LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

March 1, 2024
_____
Date

/s/ Keith D. Slocum
Keith D. Slocum
Signature of Attorney or Litigant
Counsel for   Hollie Ray Boutique LLC
Slocum Law
370 Mallory Station Road Suite 504
Franklin, TN 37067
(615) 656-3344  Fax:
keith@keithslocum.com

Software Copyright (c) 1996-2024 Best Case, LLC  - www.bestcase.com          Best Case Bankruptcy