IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

In Re:  
Hollie Ray Boutique, LLC  
Debtor

Case No. 24-00707  
Chapter 11  
Judge Mashburn

The Deadline for Filing a Timely Response Is: _____ 7/19/24  
If a Response Is Timely Filed, the Hearing Will Be: 8/6/24  
Time: 9:30 AM Courtroom 1 701 Broadway, Nashville, TN 37203  
(Virtual Hearing if allowed; See website for details)

**NOTICE OF MOTION TO ASSUME UNEXPIRED LEASES OF NONRESIDENTIAL REAL ESTATE**

Hollie Ray Boutique have asked the court for the following relief: To Assume Unexpired Leases of Nonresidential Real Estate

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion, by entering the attached order, or if you want the court to consider your views on the motion, then on or before the response date stated above, you or your attorney must:

1. File with the Court your response or objection explaining your position. Please Note: the Bankruptcy Court for the Middle District of Tennessee requires electronic filing. Any response or objection you wish to file must be submitted electronically. To file electronically, you or your attorney must go to the court website and follow the instructions at: hhtps://ecf.tnmb.uscourts.gov.

   If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy Court in person at : 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M. - 4:00 P.M.)

2. **Your response must state the deadline for filing responses, the date of the scheduled hearing and the motion to which you are responding.**

   If a timely response is filed before the the deadline stated above, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.** you may check whether a timely response has been filed by viewing the case on the court's website at <https://ecf.tnmb.uscourts.gov>.

   If you or your attorney does not take these steps, the court may decide that you do no oppose the relief sought in the motion and may entered the attached order signed granting that relief.

Date: June 28, 2024

/s/ Keith D. Slocum  
Keith D. Slocum - BPR No. 023024  
Slocum Law  
Attorney for the Debtor  
370 Mallory Station Road, Ste 504  
Franklin, TN 37067  
M (615) 656-3344  
F (615) 647-0651  
notice@keithslocum.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 24-00707 |
| ) | Chapter 11 |
| Hollie Ray Boutique, LLC ) | Judge Mashburn |
| ) | |
| Debtor. ) | |

___

## MOTION TO ASSUME UNEXPIRED LEASES OF NONRESIDENTIAL REAL ESTATE

Pursuant to 11 U.S.C. § 365 and Fed. R. Bankr. P. 6006 & 9013, the Debtor Hollie Ray Boutique LLC ("HR"), by and through undersigned counsel, hereby request the Court to enter an Order, authorizing Debtor to assume, as of the date of the filing of this Motion, Debtor's unexpired nonresidential real property leases, as set forth below (the "Leases").

### NOTICE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 6006

The following parties have an interest in the leases in which the Debtor seeks to assume (the "Lease"):

NW Office and Retail, LLC, as successor-in-interest to OliverMcMillan Spectrum Emery

### SUPPORTING ARGUMENT

1. This Court has jurisdiction over this case pursuant to 28 U.S.C. §§ 157 and 1334. The Court has subject matter jurisdiction over this motion pursuant to 28 U.S.C. § 157(b)(2).

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The Debtor commenced this case by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on March 1, 2024.

4. The Debtor is operating a retail clothing business and managing as debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

5. No creditors' committee or examiner has been appointed in this case. Tim Stone has been appointed as the Subchapter V Trustee.

6. On June 10, 2024, Debtor filed its First Amended Chapter 11 Plan of Reorganization (Subchapter V) (the "Amended Plan").

7. The Amended Plan, in Section 6.01, expressly seeks to assume the Lease.

8. The Amended Plan, in Section 4.01, provides for a cure of the Lease.

9. Out of an abundance of caution, Debtor files this motion to provide affirmative notice of the intention to assume and cure the Lease as set forth in the Amended Plan.

10. The Debtor's assumption of the Lease is inexorably tied to the Amended Plan, and any objections to the assumption and cure amounts should be heard alongside confirmation of the Amended Plan.

11. Section 365(a) of the Bankruptcy Code provides that a debtor-in-possession, "subject to the court's approval, may ... assume or reject any executory contract or unexpired lease of the Debtor." 11 U.S.C. § 365(a).

12. When the debtor has defaulted, the debtor may still assume the unexpired lease if, at the time of assumption, the debtor "(A) cures, or provides adequate assurance that the trustee will promptly cure, such default . . . ; (B) compensates, or provides adequate assurance that the [debtor] will promptly compensate, a party other than the debtor to such contract or lease, for any

actual pecuniary loss to such party resulting from such default; and (C) provides adequate assurance of future performance under such contract or lease." 11 U.S.C. § 365(b)(1).

13. The prevailing test used by the courts in determining whether the debtor in possession may assume or reject an unexpired lease is the "business judgment" test. N.L.R.B. v. Bildisco & Bildisco, 465 U.S. 513, 523 (1984); In re Cutters, Inc., 104 B.R. 886, 889 (Bankr. M.D. Tenn. 1989). Under this standard, a debtor in possession need merely demonstrate that the assumption or rejection of the unexpired lease or executory contract will benefit the estate. N.L.R.B., 465 U.S. at 523; In re Cutters, Inc., 104 B.R. at 889.

14. The Debtor, in the exercise of its business judgment, has determined that the assumption of the lease is in the best interests of the Debtor, its creditors and interested parties.

15. Both before and after the Petition Date, the Debtor conducted a lease analysis to determine whether the lease expense was justified based on the Debtor's operating needs and projections. Debtor has determined that the Debtor's future earnings, the creditors, and its prospects of reorganization are currently best served by continuing to operate this location.

16. The Debtor's exercise of business judgment is reasonable under the circumstances. Accordingly, the Debtor submits that the Court should authorize and approve the Debtor's decision to assume the Lease.

17. The Amended Plan proposes to pay the cure amounts identified therein in connection with the Lease. Accordingly, Debtor has satisfied the cure requirements contained in Section 365(b) by proposing to pay all arrearages in full and providing adequate assurance of future performance.

18. Debtor will continue to engage with the landlord regarding the assumption, assumption and assignment, cure, adequate assurance, and/or rejection of the Lease leading up to the confirmation on Debtor's Amended Plan.

WHEREFORE, the Debtor respectfully requests the entry of an order (i) granting Debtor's motion to assume the Lease; (ii) establishing cure amounts; and (iii) for such other and further relief as is just and appropriate.

Respectfully Submitted,

Slocum Law

/s/ Keith D Slocum
Keith D. Slocum PBR. 023024
370 Mallory Station Road Suite 504
Franklin TN, TN 37067
P (615) 656-3344 F (615) 647-0651
notice@keithslocum.com

Attorney for the Debtor

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically on June 28, 2024, and that service was made on June 29, 2024 to (i) all parties consenting to electronic service via the CM/ECF system; (ii) the Office of the United States Trustee via e-mail; (iii) Debtor's 20 largest unsecured creditors and all secured creditors via e-mail, fax, or U.S. mail; and (iv) to all lessors identified at the notice addresses set forth below on the next business day, pursuant to the lease's notice provisions.

/s/ Keith D Slocum
Keith D. Slocum PBR. 023024

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 24-00707 |
| ) | Chapter 11 |
| Hollie Ray Boutique, LLC ) | Judge Mashburn |
| ) | |
| Debtor. ) | |

**(PROPOSED) ORDER GRANTING DEBTOR'S MOTION TO ASSUME UNEXPIRED LEASE OF NONRESIDENTIAL REAL ESTATE**
_____

THIS MATTER IS BEFORE THE COURT upon the Debtor's Motion to Assume Unexpired Leases of Nonresidential Real Estate (the "Lease," as defined in the Motion). It appearing that good cause exists to grant the relief requested in the Motion, and it further appearing that no party objected to the Motion, the Court hereby ORDERS that the Motion is GRANTED. The Lease is hereby assumed, subject to the Debtor's cure and provision of adequate assurance of future performance as set forth in the Debtor's Amended Chapter 11 Plan of Reorganization (Subchapter V) and incorporated herein pursuant to Federal Rule of Bankruptcy Procedure 7052.

IT IS SO ORDERED.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED FOR ENTRY:

  /s/ Keith D Slocum
Keith D. Slocum- BPR No. 023024
Attorney for Debtor
370 Mallory Station Road Suite 504
Franklin TN 37067
Phone - 615-656-3344
notice@keithslocum.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0650-3<br>Case 3:24-bk-00707<br>MIDDLE DISTRICT OF TENNESSEE<br>Nashville<br>Mon Jun 10 09:53:59 CDT 2024 | Funding Metrics LLC<br>c/o Giuliano Law PC<br>445 Broadhollow Road<br>Suite 25<br>Melville, NY 11747-3645 | Hollie Ray Boutique LLC<br>1800 Galleria Blvd, Suite 2070<br>Franklin, TN 37067-6267 |
| TN Dept of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-4015 | 701 Broadway Room 170<br>Nashville, TN 37203-3979 | 1800 Galleria Blvd, Suite 2070<br>Franklin, TN 37067-6267 |
| AGM<br>2500 Perimeter Place Drive<br>Nashville, TN 37214-3638 | ARCHITECTURAL GLASS & METAL COMPANY INC<br>6334 EAST 32ND COURT<br>INDIANAPOLIS IN 46226-6168 | Amazon<br>P O Box 81226<br>Seattle, WA 98108-1300 |
| American Express National Bank, AENB<br>c/o Zwicker and Associates, P.C.<br>Attorneys/Agents for Creditor<br>P.O. Box 9043<br>Andover, MA 01810-0943 | Amex<br>Attn: Bankruptcy<br>P O Box 981540<br>El Paso, TX 79998-1540 | Arnall Golden Gregory<br>171 17th Street NW, Suite 2100<br>Atlanta, GA 30363-1031 |
| Attorney General - Bankruptcy Unit<br>Cordell Hull Bldg. 2nd Floor<br>425 5 Avenue N<br>Nashville, TN 37243-3400 | Bill Me Later, Inc.<br>PO Box 208703<br>Dallas, TX 75320-8703 | CBL & Associates Management, Inc.<br>CBL Center, Suite 500<br>2030 Hamilton Place Boulevard<br>Chattanooga, TN 37421-6038 |
| Capital One<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 | Celtic Bank<br>268 S State Street<br>Salt Lake City, UT 84111-5314 | Chase Freedom<br>P O Box 15369<br>Greenville, NY 12083 |
| CitiBank<br>Attn: Bankruptcy<br>P O Box 790034<br>Saint Louis, MO 63179-0034 | City Wide Facility Solutions of Nashvill<br>2211 Crestmoor Rd Ste 201<br>Nashville, TN 37215-2020 | (p)CARD SERVICES<br>PO BOX 530075<br>ATLANTA GA 30353-0075 |
| CoolSprings Mall, LLC<br>c/o Caleb Holzaepfel, Esq.<br>736 Georgia Ave., Suite 300<br>Chattanooga, TN 37402-2059 | DELTA GALIL USA INC<br>1601 SYCAMORE RD<br>MONTOURSVILLE PA 17754-9305 | Erica Reynolds<br>94 Somerton Park<br>Franklin, TN 37069-8470 |
| Erica and Bryson Reynolds<br>94 Somerton Park<br>Franklin, TN 37069-8470 | Esmaee<br>289 Young Street<br>Water loo, NSW 217 Australia | Euler Hermes agent for FAMILY BUSINESS DISTR<br>100 International Dr 22nd Floor<br>Baltimore, MD 21202-4783 |
| Faire Wholesale<br>100 Potrero Ave<br>San Francisco, CA 94103-4813 | First Bank<br>Attn: Trish Brasher<br>P.O. Box 388<br>Lexington, TN 38351-0388 | First Bank<br>P O Box 388<br>Tullahoma, TN 37388-0388 |

| | | |
|---|---|---|
| Fox Capital Group<br>803 S 21 Street<br>Hollywood, FL 33020-6962 | Fox Capital Group, Inc.<br>803 S 21st Ave<br>Hollywood, FL 33020-6962 | Funding Metrics dba Lendini<br>c/o Giuliano Law PC<br>445 Broadhollow Rd., Ste 25<br>Melville, N.Y. 11747-3645 |
| G and G Funding Group, LLC<br>57 West 57th Street, 4th Floor<br>New York, NY 10019-2827 | Gene Wurzel Rosen<br>200 Garden City Plaza<br>Suite 405<br>Garden City, NY 11530<br>Garden City, NY 11530-3338 | Gentle Fawn Clothing<br>8721 Santa Monica Blvd  Suite 322<br>West Hollywood, CA 90069-4507 |
| Granite<br>100 Newport Ave Ext<br>Quincy, MA 02171-2126 | Granite Telecommunications, LLC<br>100 Newport Avenue<br>Quincy, MA 02171 | Hamilton Place CMBS, LLC<br>c/o Caleb Holzaepfel<br>736 Georgia Ave., Suite 300<br>Chattanooga, TN 37402-2059 |
| Internal Revenue Service/BK<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | Isaac H. Greenfield, Esq<br>2 Executive Blvd., Ste 305<br>Suffern, NY 10901-8219 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| James and Debora Bohlen<br>429 Beauchamp Circle<br>Franklin, TN 37067-6443 | (p)SLOCUM LAW<br>370 MALLORY STATION ROAD<br>SUITE 504<br>FRANKLIN TN 37067-2862 | LG Funding LLC<br>200 Garden City Plaza, Suite 405<br>Suite 405<br>Garden City, NY 11530<br>Garden City, NY 11530-3338 |
| LG Funding LLLC<br>1218 Union Street<br>Brooklyn, NY 11225-1512 | Lendini/Funding Metrics<br>3220 Tillman Drive, Suite 200<br>Bensalem, PA 19020-2028 | NW 5+B Office and Retail LLC successor in in<br>1819 Wazee Street<br>Denver, CO 80202-1781 |
| Noelle Holland<br>130 Seaboard Lane, Ste A7<br>Franklin, TN 37067-8221 | Noelle and Thomas Holland<br>130 Seaboard Lane, Ste A7<br>Franklin, TN 37067-8221 | Olivermcmillan Spectrum Emery, LLC<br>P O Box 936781<br>Atlanta, GA 31193-6781 |
| Ontario County Clerk<br>20 Ontario Street<br>Canandaigua, NY 14424-1802 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | PayPal Credit/Syncb<br>P O Box 71707<br>Philadelphia, PA 19176-1707 |
| Reliance Financial<br>633 167th Street, Suite 804<br>Miami, FL 33162-2446 | Shanna M. Kaminski<br>P.O. Box 247<br>Grass Lake, MI 49240-0247 | Shopify Credit/Celtic Bank<br>151 O'Connor Street<br>Ground Floor  Ottawa, On K2P 2L8 Canada |
| Splendid<br>1601 Sycamore Road<br>Montoursville, PA 17754-9305 | Su Yen Dunn Revocable Living Trust<br>200 Mallory Lane, Suite 130-349<br>Franklin, TN 37067 | TN Dept of Labor & Workforce<br>220 French Landing Drive<br>Nashville, TN 37243-1002 |

| | | |
|---|---|---|
| Tanger Nashville, LLC<br>c/o Tanger Management, LLC<br>3200 Northline Ave., Suite 360<br>Greensboro, NC 27408-7612 | Taubman<br>Green Hills Mall  P O Box 674523<br>Detroit, MI 48267-4523 | Tennessee Department of Revenue<br>500 Deaderick Street<br>Nashville, TN 37242-0002 |
| Tennessee Department of Revenue<br>c/o Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202-4015 | Tennessee Dept of Labor and Workforce<br>UI Recovery Unit  P O Box 24150<br>Nashville, TN 37202-4150 | U. S. Small Business Admin - BK<br>51 SW 1st Avenue  Suite 201<br>Miami, FL 33130-1608 |
| U.S. Small Business Administration<br>2 International Plaza Suite 500<br>Nashville, TN 37217-2021 | US Attorney for IRS<br>719 Church Street, Suite 3300<br>Nashville, TN 37203-7155 | US TRUSTEE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>701 BROADWAY STE 318<br>NASHVILLE, TN 37203-3966 |
| Vox Funding<br>100 Park Ave<br>New York, NY 10017-5539 | Vox Funding, LLC<br>14 E 44th Street, 4th Floor<br>New York, NY 10017-3632 | WebBank/Merchant Loan<br>215 S State St Ste 1000<br>Salt Lake City, UT 84111-2336 |
| WILLIAM TIMOTHY STONE<br>NEWPOINT ADVISORS CORPORATION<br>750 OLD HICKORY BLVD, BUILDING TWO<br>SUITE 150<br>BRENTWOOD, TN 37027-5387 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Concerto Card Company<br>P O Box 200057<br>Dallas, TX 75320-0057 | Keith D. Slocum<br>370 Mallory Station Road Suite 504<br>Franklin, TN 37067 | PNC Bank<br>P O Box 747066<br>Pittsburgh, PA 15274-7066 |
| (d)PNC Bank, National Association<br>PO BOX 94982<br>Cleveland, OH 44101 | (d)KEITH DAVID SLOCUM<br>Slocum Law<br>370 Mallory Station Road Suite 504<br>Franklin, TN 37067 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)5+B Office and Retail, LLC | (u)Jennifer P. Himes<br>Tanger Management, LLC<br>3200 Northline Avenue, Suite 360<br>, | End of Label Matrix<br>Mailable recipients    72<br>Bypassed recipients     2<br>Total                  74 |